RECEIVED
WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/17/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DARRYL PAUL BOUDREAUX<br>La. DOC #494443<br>VS.<br><br>WARDEN, BREAUX BRIDGE<br>CORRECTIONAL CENTER | CIVIL ACTION NO. 6:10-cv-1563<br><br>SECTION P<br><br>JUDGE HAIK<br><br>MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed herein on October 13, 2010 be **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure and 28 U.S.C. §2254(b)(1)(A).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 17 day of June, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE